IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JEREMY MURRAY,

    Defendant.

: Case No. 3:17CR22

: JUDGE WALTER H. RICE

:

---

ENTRY REFERRING DEFENDANT TO DR. RONALD DELONG FOR PURPOSES OF A MENTAL STATUS EVALUATION, PURSUANT TO 18 U.S.C. §3552(c), PROCEDURES ORDERED OF COUNSEL

---

This Court, upon its own motion, pursuant to 18 U.S.C. §3552(c), refers Defendant herein to Ronald DeLong, PhD., for the purposes of a mental status evaluation.

Accordingly, it is the request of this Court that counsel for the defendant and the government furnish Dr. DeLong with any materials and/or statements they wish within seven days from date of this Entry. For its part, the Court will furnish the Pre-Sentence Investigation Report. Dr. DeLong should delay any evaluation until expiration of the seven day period.

Dr. DeLong is to establish an appointment time with the Montgomery County Jail to evaluate the Defendant.

The officials at the Montgomery County Jail are to do all within their power to facilitate this evaluation.

September 25, 2017

WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record
United States Marshal
Montgomery County Jail